# Order

Michigan Supreme Court
Lansing, Michigan

December 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151057

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 151057
                                     COA: 324953
                                     Oakland CC: 89-095782-FC

JOHN MARSHALL ATKINS, JR.,
      Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the January 21, 2015 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Montgomery v Louisiana*, cert gtd ___ US ___; 135 S Ct 1546; 191 L Ed 2d 635 (2015), is pending before the United States Supreme Court, and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015 _____



a1214

                                Clerk